[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 24, 2011
JOHN LEY
CLERK

No. 10-10077
Non-Argument Calendar
_____

D.C. Docket No. 6:08-cr-00198-GAP-GJK-1

UNITED STATES OF AMERICA,

                                                              Plaintiff-Appellee,

versus

ANTWAIN DEVON MITCHELL,
a.k.a. Baby Jesus,
a.k.a. Water,

                                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 24, 2011)

Before HULL, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, appointed counsel for Antwain Devon Mitchell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mitchell's convictions and sentences are **AFFIRMED**.